**Order entered July 14, 2022**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00030-CV

## IN RE MELISSA LARSEN, THE CARDIO GROUP, LLC, LARSEN MEDICAL, LLC D/B/A CARDIOVASCULAR DEVICES SERVICES, LLC, PRACTICE FREEDOM COACHING LLC, CARDIOLOGY INSTITUTE OF AMERICA LLC, TRACTION INTEGRATED SYSTEMS, LLC AND CARDIOCLOUD, LLC, Relators

### Original Proceeding from the 101st Judicial District Court
### Dallas County, Texas
### Trial Court Cause Nos. DC-18-05693, DC-21-04344

### ORDER
Before Justices Schenck, Reichek, and Carlyle

Based on the Court's opinion of this date, we **LIFT** the stay in this case and

**DENY** relators' petition for writ of mandamus.


/David J. Schenck/
DAVID J. SCHENCK
JUSTICE